**FILED**

**JUN 09 2021**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Turnpro LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-cv-02763 |
| | ) | |
| v. | ) | |
| | ) | Judge Elaine Bucklo |
| The Entities and Individuals Identified in Annex A, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff, Turnpro LLC ("Plaintiff" or "Turnpro") moves to extend the Temporary Restraining Order granted on June 4, 2021 for an additional 14 days through July 2, 2021, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders.

This Court entered the Sealed TRO on June 4, 2021 against the Defendants identified in Annex A to Plaintiff's Complaint and the third parties as outlined in the Sealed TRO. However, Plaintiff's counsel did not receive notification of the entry of the Sealed TRO until the afternoon of June 8, 2021 when Plaintiff's counsel called the courtroom chambers and thereafter was emailed a copy of the Sealed TRO. Declaration of Kelley S. Gordon at ¶ 4. As a result, as of June 9, 2021, the third parties to which Plaintiff has served the TRO have not completed effectuating the TRO. Declaration of Kelley S. Gordon at ¶ 5. Once the third parties provide further financial information regarding the Defendants, Plaintiff intends to freeze additional financial accounts. *Id.*

Fed. R. Civ. P. 65(b)(2) provides that a temporary restraining order shall expire at a time specified not to exceed 14 days from entry, "unless before that time the court, for good cause, extends it for a like period..." Plaintiff respectfully submits good cause exists to extend the TRO for an

additional 14 days as compliance with the TRO has not yet been obtained and because there is a high likelihood that Plaintiff will continue to be harmed by the Defendants in the event the TRO is not extended. For example, Defendants will likely attempt to transfer assets from their financial accounts to accounts outside the jurisdiction of this Court, and attempt to disappear from detection by closing their respective current storefronts, only to likely reappear under another alias at a later date. As more fully outlined in Plaintiff's Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order, and as recognized by the Court in granting the TRO, this possibility of harm is immediate and irreparable. As a result, Plaintiff respectfully submits that the requested 14 day extension of the TRO is necessary to prevent further harm to Plaintiff.

In light of the foregoing, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until July 2, 2021.

                                                                               Respectfully submitted,
                                                                               Turnpro LLC

Dated: June 9, 2021                       /s/ Kelley S. Gordon
                                                                               Marshall, Gerstein & Borun LLP
                                                                               Benjamin T. Horton
                                                                               Gregory J. Chinlund
                                                                               Kelley S. Gordon
                                                                               Michelle Bolos
                                                                               233 South Wacker Drive
                                                                               6300 Willis Tower
                                                                               Chicago, Illinois 60606-6357
                                                                               Telephone: (312) 474-6300
                                                                               Fax: (312) 474-7044
                                                                               bhorton@marshallip.com
                                                                               gchinlund@marshallip.com
                                                                               kgordon@marshallip.com
                                                                               mbolos@marshallip.com
                                                                               *Attorneys for Plaintiff*