### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Turnpro LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-02763 |
| v. ) | |
| ) | Judge Elaine E. Bucklo |
| The Entities and Individuals Identified ) | |
| in Annex A, ) | |
| ) | *SEALED* |
| Defendant. ) | |

### ORDER

Plaintiff's Ex Parte motion to extend the temporary restraining order 28 is granted to 6/18/2021.

ENTER:

*Elaine E. Bucklo*

Judge Elaine E. Bucklo
United States District Court
Northern District of Illinois

Date: June 10, 2021