# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Turnpro LLC

        Plaintiff,

v.

Case No.: 1:21−cv−02763

Honorable Elaine E. Bucklo

The Entities and Individuals Identified in Annex A, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 18, 2022:

    MINUTE entry before the Honorable Elaine E. Bucklo: The ten−thousand−dollar ($10,000) surety bond posted by Marshall, Gerstein & Borun LLP is hereby released to Marshall, Gerstein & Borun LLP. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Marshall, Gerstein & Borun LLP, 233 S. Wacker Drive, Suite 6300, Chicago, IL 60606 via certified mail. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.